**Order entered July 1, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01599-CR

**PATRICK DEYONE LEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80455-2014**

## ORDER

The Court **GRANTS** appellant's July 29, 2015 second motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **SEVEN (7) DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE